FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA C., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,[1] <br><br> Defendant. | No. 2:25-CV-00041-ACE <br><br> ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) <br><br> **ECF Nos. 10 & 12** |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 12. Attorney Marisa Burkett represents Plaintiff; Special Assistant United States Attorney David J. Burdett represents Defendant. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Remand, **ECF No. 12**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner shall reassess the evidence, offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano, Commissioner of Social Security, is substituted as the named Defendant.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Opening Brief, **ECF No. 10**, is **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 18, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2